# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X

JANE DOE,

                        Plaintiff,

    - against -

MATTHEW PRITZKER and MATTHEW PRITZKER
COMPANY LLC,

                      Defendants.

-------------------------------------------------------------------X

**Index No.: 952342/2023**

**AMENDED SUMMONS WITH NOTICE**

**VENUE**
New York County

Where the Actions Complained of Occurred

**TO THE ABOVE-NAMED DEFENDANTS:**

    **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney, at the address stated below, a Notice of Appearance or demand for a Complaint.

    If this Summons with Notice was personally served upon you in the State of New York, the Notice of Appearance or demand for Complaint must be served within twenty (20) days after such service of the Summons with Notice, excluding the date of service. If this Summons with Notice was not personally delivered to you within the State of New York, the Notice of Appearance or demand for Complaint must be served within thirty (30) days after service of this Summons with Notice is completed as provided by law.

    Plaintiff's claims are brought under the Adult Survivors Act. This action is timely because it is brought during the time period set forth in the Adult Survivors Act (CPLR § 214-j). Plaintiff alleges intentional and negligent acts and omissions for physical, psychological, and other injuries suffered as a result of conduct that would constitute sexual offenses as defined by § 130 of the New York Penal Law committed against a person who is eighteen years of age or older. Plaintiff alleges that on or about May 31, 2009, Defendant Matthew Pritzker engaged in sexual acts with Plaintiff without her consent, and while she was incapacitated and could not provide consent. Those acts occurred in Upper Manhattan, New York. Plaintiff's claims fall

within the lookback window created by CPLR § 214-j and may be commenced between November 24, 2022, and through and including November 24, 2023.

The relief sought is: an amount to be determined at trial but in no event less than Twenty-Five Million Dollars ($25,000,000.00) in compensatory and punitive damages, together with attorneys' fees and costs, and all applicable interest.

**PLEASE TAKE FURTHER NOTICE**, that if you do not serve a Notice of Appearance or demand for Complaint within the applicable time limitation stated above, a judgment will be entered against you, by default, for the sum of Twenty-Five Million Dollars ($25,000,000.00) together with interest, attorneys' fees and costs and disbursements of this action.

The action will be heard in the Supreme Court of the State of New York, in and for the County of New York. The basis for venue is where the actions complained of occurred.

Dated: Brooklyn, New York
November 27, 2023

**ABRAMS FENSTERMAN, LLP**

By: *Raju Sundaran*
Raju Sundaran, Esq.
Justin T. Kelton, Esq.
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Tel: (718) 215-5300
Email: rsundaran@abramslaw.com
jkelton@abramslaw.com

*Attorneys for Plaintiff*

**TO:**

**MATTHEW PRITZKER**
1832 N. Howe St.
Chicago, IL 60614

**MATTHEW PRITZKER COMPANY LLC**
190 Liberty Road, Unit 1
Crystal Lake, IL 60014

- 2 -