# Exhibit B

E

At the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse thereof, located at 60 Center Street, New York, New York 10007 on the 30 day of November, 2023.

PRESENT:

Hon. Shlomo Hagler
J.S.C.

------------------------------------------------- x
JANE DOE,                                          :   Index No. 952342/2023
                                                   :
                              Plaintiff,           :   **ORDER TO SHOW**
                                                   :   **CAUSE**
          - against -                              :
                                                   :
MATTHEW PRITZKER and MATTHEW PRITZKER              :   MS#1 Amend Caption/
COMPANY LLC,                                       :   Pleadings
                                                   :
                              Defendants.          :
------------------------------------------------- x

**TO THE SUPREME COURT OF THE STATE OF NEW YORK:**

 **UPON** the reading and filing of the annexed Affirmation of Raju Sundaran, Esq. affirmed on November 21, 2023, and on all pleadings and proceedings previously had,

 LET Defendants or their counsel SHOW CAUSE at an IAS Part 17, Room 335, of this Court, to be held at the Courthouse located at 60 Centre Street, New York, New York 10007, on the 15th day of December, 2023, at 12:30 am/pm or as soon thereafter as counsel can be heard, why an Order should not be made directing: remotely via Microsoft Teams

 (a) amending the caption to Jane Doe v. Matthew Pritzker and Matthew Pritzker Company LLC;

 (b) granting Plaintiff the right to file the Amended Summons with Notice (see Exhibit A) under the pseudonym "Jane Doe";

1

(c) granting Plaintiff the right to file an RJI using the pseudonymous caption Jane Doe v. Matthew Pritzker and Matthew Pritzker Company LLC;

(d) directing that all papers filed in this matter use the pseudonymous caption Jane Doe v. Matthew Pritzker and Matthew Pritzker Company LLC and refer to the Plaintiff by the pseudonym "Jane Doe" to protect Plaintiff's true identity from revelation to the public;

(e) immediately advising the County Clerk's staff of the foregoing directives so that the foregoing restrictions protecting Plaintiff's true identity can be carried out promptly;

(f) directing the parties and County Clerk's staff to use the pseudonymous caption Jane Doe v. Matthew Pritzker and Matthew Pritzker Company LLC in all filed papers and the County Clerk's records;

(g) referring the matter to an IAS Justice for action using the pseudonymous caption Jane Doe v. Matthew Pritzker and Matthew Pritzker Company LLC;

(h) directing that any documents field or used in this matter containing or bearing the true identity of Plaintiff be redacted to obscure the Plaintiff's name and any identifying information; and

(i) directing that this matter proceed under the pseudonymous caption Jane Doe v. Matthew Pritzker and Matthew Pritzker Company LLC, that the parties file papers using the pseudonymous caption Jane Doe v. Matthew Pritzker and Matthew Pritzker Company LLC and identifying Plaintiff only through the use of the pseudonym "Jane Doe" in all filed documents, served documents, and documents, records, papers and materials used in this action.

2

**ORDERED** that, pending the hearing of this motion the anonymous caption Jane Doe v. Matthew Pritzker and Matthew Pritzker Company LLC shall remain in effect; and

**ORDERED** that, pending the hearing of this motion require that all papers filed in this matter reference Plaintiff's identity using the foregoing pseudonym "Jane Doe"; and

**FURTHER ORDERED** that personal service of a copy of this Order to Show Cause together with the papers upon which it is based and the Amended Summons with Notice be served upon the Defendants on or before the 6th day of December, 2023.

Opposition papers shall be filed on or before December 13 2023 via NYSCEF

Oral Argument Directed
JSC

ENTER:

_____
J.S.C.