SUPREME COURT OF THE STATE OF
NEW YORK COUNTY OF NEW YORK

JANE DOE,

                   *Plaintiff*,

  -against-

MATTHEW PRITZKER and MATTHEW
PRITZKER COMPANY LLC,

                 *Defendants*.

**STIPULATION**

Index No. 952342/2023

    **IT IS HEREBY STIPULATED AND AGREED**, by and among the parties to the above-captioned action, that:

    1.    The deadline for Plaintiff to file and serve the complaint under CPLR § 3012(b) is extended until March 1, 2024 pursuant to CPLR § 3012(d), regardless of whether the action remains in New York State Supreme Court, New York County or is removed to the United States District Court for the Southern District of New York;

    2.    Defendants agree to accept service of the complaint by email through counsel; and

    3.    Defendants agree that they shall not make any motion to dismiss for lack of service of the complaint prior to March 2, 2024 pursuant to CPLR § 3012(b) .

Dated: January 19, 2024      ABRAMS FENSTERMAN LLP
       New York, New York

                                    By: *Raju Sundaran*
                                    Raju Sundaran
                                    1 MetroTech Center, Suite 1701
                                    Brooklyn, New York 11201
                                    Tel: (718) 215-5300
                                    rsundaran@abramslaw.com

LAW OFFICE OF RAFAEL E. MUNIZ, PLLC
Rafael Muniz
2 Overhill Road, Suite 400
Scarsdale, New York 10583-5316
rafael.munizesq@gmail.com

*Attorneys for Plaintiff*


SHER TREMONTE LLP

By: _____
Theresa Trzaskoma
Justine A. Harris
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: (212) 202-2600
ttrzaskoma@shertremonte.com
jharris@shertremonte.com

*Attorneys for Defendants*