UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

          *Plaintiff*,

-against-

MATTHEW PRITZKER and MATTHEW
PRITZKER COMPANY LLC,

          *Defendants*.

Case No.: 24-cv-435 (LLS)

[PROPOSED] JOINT
STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties to the above-captioned action, that:

1. The deadline for Plaintiff to serve the complaint is extended until April 1, 2024; and

2. Defendants agree to accept service of the complaint by email through counsel; and

3. Defendants agree that they shall not make any motion to dismiss for lack of service of the complaint prior to April 2, 2024.

DATED:    February 26, 2024
                New York, New York

ABRAMS FENSTERMAN LLP

By: _____
Raju Sundaran
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Tel: (718) 215-5300
rsundaran@abramslaw.com

LAW OFFICE OF RAFAEL E. MUNIZ, PLLC
Rafael Muniz
2 Overhill Road, Suite 400
Scarsdale, New York 10583-5316
rafael.munizesq@gmail.com

*Attorneys for Plaintiff*

SHER TREMONTE LLP

By: _____
Theresa Trzaskoma
Justine A. Harris
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: (212) 202-2600
ttrzaskoma@shertremonte.com
jharris@shertremonte.com

*Attorneys for Defendants*

**SO ORDERED:**

_____
Hon. Louis L. Stanton (U.S.D.J.)