UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

              *Plaintiff*,

  -against-

MATTHEW PRITZKER and MATTHEW
PRITZKER COMPANY LLC,

              *Defendants*.

Case No.: 24-cv-435 (LLS)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe, by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendants Matthew Pritzker and Matthew Pritzker Company LLC.

Dated: April 2, 2024
      New York, New York

ABRAMS FENSTERMAN LLP

By: *Raju Sundaran*
Robert Abrams
Raju Sundaran
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Tel : (718) 215-5300
rsundaran@abramslaw.com
babrams@abramslaw.com

LAW OFFICE OF RAFAEL E. MUNIZ, PLLC

Rafael Muniz
2 Overhill Road, Suite 400
Scarsdale, New York 10583-5316
Rafael.munizesq@gmail.com

*Attorneys for Plaintiff Jane Doe*